**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01661-CMA

CITIZENS FOR A HEALTHY COMMUNITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR,
an agency of the United States, and
UNITED STATES BUREAU OF LAND MANAGEMENT,
an agency within the United States Department of the Interior,

    Defendants.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file. Based on my past professional relationship and current personal friendship with Secretary of Interior Ken Salazar, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED:  June __29__, 2012

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge