IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01661-RPM

CITIZENS FOR A HEALTHY COMMUNITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF INTERIOR,
an agency of the United States and
UNITED STATES BUREAU OF LAND MANAGEMENT,
an agency within the United States Department of the Interior,

    Defendants.

_____

## FINAL JUDGMENT
_____

    Pursuant to the Order on Summary Judgment Motions entered by Senior Judge Richard P. Matsch on February 13, 2013, it is

    ORDERED AND ADJUDGED that the plaintiff's motion for summary judgment is granted and the defendants' motion for summary judgment and to dismiss is denied. The United States Bureau of Land Management shall release the information requested within 30 days from the entry of judgment.

    Dated:  February 13th , 2013

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, Clerk

                                        s/M. V. Wentz
                              By_____
                                            DEPUTY

Approved:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Disrict Judge