IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01661-RPM

CITIZENS FOR A HEALTHY COMMUNITY,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF INTERIOR,
an agency of the United States and
UNITED STATES BUREAU OF LAND MANAGEMENT,
an agency within the United States Department of the Interior,

      Defendants.

_____

### ORDER GRANTING MOTION FOR STAY
_____

Upon review of Defendants' Unopposed Motion for Stay [31], it is

ORDERED that this Court's order of February 13, 2013, is stayed until April 15, 2013.

Dated:   March 11th, 2013

                                                 BY THE COURT:

                                                 s/Richard P. Matsch
                                                 _____
                                                 Richard P. Matsch, Senior District Judge