IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01661-RPM

CITIZENS FOR A HEALTHY COMMUNITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF INTERIOR,
an agency of the United States and
UNITED STATES BUREAU OF LAND MANAGEMENT,
an agency within the United States Department of the Interior,

    Defendants.
_____

ORDER DENYING MOTION TO INTERVENE
_____

    Considering the Motion to Intervene by Western Energy Alliance, filed March 21, 2013, seeking to intervene in this civil action for the sole purpose of filing a notice of appeal and the plaintiff's response, filed April 10, 2013, it is

    ORDERED that the motion to intervene is denied.

    Dated:   April 10th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge