**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 1:12-cv-01661-RPM

CITIZENS FOR A HEALTHY COMMUNITY,

                      Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, an agency of the United States; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency within the United States Department of the Interior;

                      Federal Defendants.

---

**ORDER**

---

Upon consideration of parties' joint motion to stay the deadline of Plaintiff's motion for litigation costs, including attorney's fees, it is:

HEREBY ORDERED that parties' joint motion is GRANTED.

DATED this 23rd day of August, 2013.

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge